# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHY KING, an individual, and STEVE KING, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., WYETH, LLC, WYETH PHARMACEUTICALS, INC., SCHWARZ PHARMA, INC., PLIVA, INC., and JOHN DOE PHARMACEUTICAL COMPANIES 1-40,<br><br>Defendants. | 8:13CV290<br><br>ORDER |

This matter is before the court following a telephone conference with counsel on January 7, 2015. The plaintiffs Cathy King and Steve King were represented by Mark R. Richardson and Ralph D. Pittle. The defendants Pfizer, Inc., Wyeth, LLC, and Wyeth Pharmaceuticals, Inc. were represented by Robert M. Slovek and Leigh D. Vernon. The defendant Schwarz Pharma, Inc. was represented by Robert W. Shively, Jr. and Kari A. Gerber. Following a discussion of the progress of this case,

**IT IS ORDERED**:

1. The November 3, 2014, order (Filing No. 56 - Text Order) regarding various disclosure deadlines is reaffirmed.

2. Any motion for summary judgment shall be filed **on or before July 15, 2015**.

3. The court will conduct a telephone conference with counsel at **10:00 a.m. on August 17, 2015**, for the purpose of scheduling this matter for trial. Counsel for the plaintiffs shall initiate such telephone conference.

Dated this 7th day of January, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge